# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| WADE JORGESON, et ux, )<br>)<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>DENISE BROWN, )<br>)<br>        Defendant. ) | No. 4:05CV02192 CDP |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION

COMES NOW Defendant, Denise Brown, by and through Counsel, and moves this Court to grant her an additional two weeks, up to and including January 2, 2007, within which to file her Motion for Summary Judgment. In support hereof, and in compliance with E.D. Mo. L.R. 7-4.01(A), Defendant submits her "Memorandum In Support of Defendant's Motion for Extension of Time to File Summary Judgment Motion" substantially simultaneously herewith.

Respectfully submitted,

By: *//s// Michelle V. Stallings*
Mark H. Zoole                    #4773
Michelle V. Stallings        #516753
MARK ZOOLE & ASSOCIATES
1200 South Big Bend Boulevard
St. Louis, MO  63117
(314) 647-1200
Fax (314) 647-8816

and

D. Keith Henson            #32340
PAULE, CAMAZINE & BLUMENTHAL, P.C.
165 N. Meramec Avenue, 6th Floor
St. Louis, MO  63105
(314) 727-2266
Fax (314) 727-2101

*Counsel for Defendant Brown*

Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing was served via the court clerk's electronic filing notification system on counsel of record, Stephen M. Ryals (ryals@rslawstl.com), 8008 Carondelet, Ste. 205, St. Louis, MO 63105, and W. Bevis Schock (wbschock@schocklaw.com), 7777 Bonhomme, Ste. 2300, St. Louis, MO 63105, on this 14th day of December, 2006.

*//s// Michelle V. Stallings*