**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| WADE JORGESON, et ux, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 4:05CV02192 CDP |
| ) | |
| DENISE BROWN, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM IN SUPPORT OF**
**DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE SUMMARY JUDGMENT MOTION**

COMES NOW Defendant Denise Brown, by and through Counsel, and in support of her Motion for Extension of Time to File Summary Judgment Motion, states as follows:

1. Pursuant to the Case Management Order (Doc. #20), the deadline for filing any motion for summary judgment is December 18, 2006.

2. Recently, Michelle V. Stallings, Mark H. Zoole's associate, was out of the office and unavailable for approximately thirty days due to medical reasons. During that time, Mr. Zoole managed his case load as well as that of Mrs. Stallings. Although Mrs. Stallings has now returned to the office, her absence unavoidably interfered with matters in the office. The press of other business combined with Ms. Stallings unavailability impeded counsel's efforts to prepare the summary judgment motion and memorandum as anticipated.

3. Additionally, the issues that counsel anticipates will be addressed in the motion for summary judgment and its supporting memorandum are complex, and the Court will be benefited by a more thorough and developed analysis.

  4. Furthermore, counsel reminds the Court that this matter is not scheduled for trial until May 21, 2007.  Permitting an extension of two weeks for the summary judgment deadline will not interfere with that setting.

  5. This motion is made in good faith and not for any improper purpose, and is not intended to disrupt any of the remaining deadlines in the Case Management Order.

  6. Counsel for Plaintiffs consent to this motion.

For all the foregoing reasons, Defendant respectfully requests the Court to grant and sustain her Motion and enter an Order allowing her until the end of the day on January 2, 2007, within which to file any summary judgment motion.

       Respectfully submitted,


By: */s// Michelle V. Stallings*
  Mark H. Zoole   #4773
  Michelle V. Stallings  #516753
  MARK ZOOLE & ASSOCIATES
  1200 South Big Bend Boulevard
  St. Louis, MO  63117
  (314) 647-1200
  Fax (314) 647-8816


  and

  D. Keith Henson   #32340
  PAULE, CAMAZINE & BLUMENTHAL, P.C.
  165 N. Meramec Avenue, 6th Floor
  St. Louis, MO  63105
  (314) 727-2266
  Fax (314) 727-2101

  *Counsel for Defendant Brown*

<u>Certificate of Service</u>

The undersigned certifies that a true and correct copy of the foregoing was served via the court clerk's electronic filing notification system on counsel of record, Stephen M. Ryals (ryals@rslawstl.com), 8008 Carondelet, Ste. 205, St. Louis, MO 63105, and W. Bevis Schock (wbschock@schocklaw.com), 7777 Bonhomme, Ste. 2300, St. Louis, MO 63105, on this 14th day of December, 2006.

<u>*//s// Michelle V. Stallings*</u>