UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WADE JORGENSON, | ) | |
| and | ) | |
| LAURA JORGENSON, | ) | |
| Husband and Wife, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.:  4:05-CV-02192CDP |
| v. | ) | |
| | ) | |
| | ) | |
| DENISE BROWN, POLICE OFFICER, | ) | |
| *in her individual capacity,* | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL, BY CONSENT**
**EACH PARTY TO BEAR THEIR OWN COSTS**

Come now the parties, Plaintiffs Wade Jorgenson and Laura Jorgenson by counsel

Stephen M. Ryals and W. Bevis Schock, and Defendant Denise Brown by counsel D. Keith

Henson and Mark. H. Zoole, and:

(a)     Notify the court that this matter has been resolved pursuant to a confidential

settlement, and

(b)     Under Fed.R.Civ.P. 41(a)(1) stipulate by consent to the dismissal of this cause

with prejudice.

Each party is to bear their own costs.

Respectfully Submitted,

Attorneys for Plaintiff

//ss// Stephen M. Ryals
Stephen M. Ryals, MBE # 34149, FedARN#10602
The Ryals Law Firm

8008 Carondelet Ave., Ste. 205
St. Louis, MO  63105
ryals@rslawstl.com
Fax:    314-862-8845
Voice:  314-862-6262

<u>//ss// W. Bevis Schock</u>
W. Bevis Schock, MBE# 32551, FedARN# 15278
7777 Bonhomme Ave., Ste. 2350
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice:  314-726-2322


Attorneys for Defendant

<u>//ss// Mark. H. Zoole</u>
Mark. H. Zoole, FedARN# 4773
Mark Zoole & Associates
1200 So. Big Bend
St. Louis, MO  63117
Fax:    314-647-8816
Voice:  314-647-1200


<u>//ss// D. Keith Henson</u>
D. Keith Henson, FedARN# 32340
Paule, Camazine and Blumenthal, P.C.
165 N. Meramec, 6th Floor
St. Louis, MO  63105
Fax:    314-727-2101
Voice:  314-727-2266